**Charles J. KUNKEL, et al., Respondent,**

v.

**Jerry L. HERTZOG, et al., Appellant.**

**No. WD 68498.**

Missouri Court of Appeals,
Western District.

Aug. 26, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 30, 2008.

Sherwin L. Epstein, Kansas City, MO,
for Respondent.

Elvin S. Douglas, Jr., Harrisonville, MO,
for Appellant.

Before JOSEPH M. ELLIS, Presiding
Judge, LISA WHITE HARDWICK,
Judge and JOSEPH P. DANDURAND,
Judge.

***ORDER***

PER CURIAM.

Jerry L. Hertzog and Helen Jane Hertzog appeal from a partial summary judgment granted in favor of Charles Kunkel, Jr. and Catherine M. Kunkel on the Kunkels' claim for breach of contract and/or unjust enrichment. After a thorough review of the record and viewing the facts in the light most favorable to the non-moving party, we find that the Kunkels made a prima facie showing that summary judgment was proper and the Hertzogs failed to show that there was a genuine issue of material fact. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**